Law office of

# Bourbeau & Bonilla, LLP

80 Washington St., Building K
Norwell, Massachusetts 02061

Michael C. Bourbeau                                         Victo ria M. Bonilla-Argudo
Telephone (617) 350-6565                                    T elephone (617) 350-6868
   *also admitted in California

```
February 6, 2017

AUSA Michael Crowley
Office of the U.S.A
Suite 9200
One Courthouse Way
Boston, MA 02210

Re: United States v. Vaughn Lewis
    16CR10166

Dear AUSA Crowley:

    Please see my e-mail of November 11, 2016 requesting the drug

certificates of analysis as well as my correspondence of December 27,

2016 and December 28, 2016, copies attached, for which I have not

received a response. Please provide the requested information.

    I thank you in advance for your anticipated cooperation.

                        Sincerely,

                        S/Victoria m. Bonilla

                        Victoria M. Bonilla-Argudo



cc AUSA Cummings
```

Law office of
# Bourbeau & Bonilla, LLP

80 Washington St., Building K
Norwell, Massachusetts 02061

Michael C. Bourbeau                                          Victo ria M. Bonilla-Argudo
Telephone (617) 350-6565                                      T elephone (617) 350-6868
  *also admitted in California

December 27, 2016

AUSA Michael Crowley
Office of the U.S.A
Suite 9200
One Courthouse Way
Boston, MA 02210

Re: United States v. Vaughn Lewis
    16CR10166

Dear AUSA Crowley:

   On November 11, 2016 I sent an e-mail out to you and AUSA Cummings requesting the drug certificates of analysis for Mr. Vaughn Lewis.  My partner, Attorney Bourbeau recently reminded you that I have not yet received the drug certificates relating to Mr. Vaughn Lewis.  I once again request that you provide me with the same as they were not provided with your last round of discovery dated 11/4/2016.  They are relevant and necessary discovery for proper preparation of the case.

   I also kindly request that you provide me with the videos, photographs and copies of the paperwork referred to in the sign in log and evidence logs associated with the search warrant for 7 Raintree Lane (Mr. Lewis' alleged residence).  Please see Bates 995, 997 and 999 of the 10/12/2016 Production.

I thank you in advance for your anticipated cooperation.

Sincerely,


Victoria M. Bonilla-Argudo


cc AUSA Cummings

Law office of

# Bourbeau & Bonilla, LLP

80 Washington St., Building K
Norwell, Massachusetts 02061

Michael C. Bourbeau                                       Victo ria M. Bonilla-Argudo
Telephone (617) 350-6565                                  T elephone (617) 350-6868
   *also admitted in California

December 28, 2016

AUSA Michael Crowley
Office of the U.S.A
Suite 9200
One Courthouse Way
Boston, MA 02210

Re: United States v. Vaughn Lewis
    16CR10166

Dear AUSA Crowley:

    A report of investigation captioned "surveillance and identification of Vaughn Lewis," Bates # 839, indicates that there is a Target Telephone 4 which was used to contact Mr. Lewis. I have not been provided with any Title III materials regarding this TT4.  Kindly provide all interceptions made of Mr. Lewis on this TT4 referred to in the report.

    In addition, a report titled intelligence regarding Vaughn Lewis, Bates 865, indicates that on May 17, 2016 Mr. Lewis was identified by unnamed individuals who occupied two separate cars.  Kindly provide the identification procedures used to identify Mr. Lewis.

    Furthermore, the Mercurio affidavit of June 8, 2016 indicates that there was surveillance of Mr. Lewis on February 22, 2016 at 25 Columbia Street (paragraphs 134 through 136).  Please provide all surveillance reports which are referenced in the Mercurio affidavit regarding Mr. Vaughn Lewis.

**Website**: www.lawgenie.com  **E-mail**: mike@lawgenie.com; vicky@lawgenie.com

I thank you in advance for your anticipated cooperation.

Sincerely,


Victoria M. Bonilla-Argudo


cc AUSA Cummings