UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA

     v.                          CRIM. NO. 16 CR 10166

VAUGHN LEWIS

_____

## **DEFENDANT VAUGHN LEWIS' MOTION TO COMPEL PRODUCTION OF DISCOVERY**

     Defendant, Vaughn Lewis hereby moves that the government be compelled to produce discovery materials requested in the email of November 11, 2016 and letters of December 27, 2016 and December 28, 2016 seeking supplemental discovery, filed at docket # 149 on February 6, 2017.

     On February 6, 2017 the government represented in open court that it had no problems with the discovery requested and that it would provide the discovery within two weeks of the then status conference.  The government's response of February 21, 2017 merely provided the same discovery which had been provided as part of their on-going global discovery and did not provide any of the requested discovery.  The government has yet to provide the requested discovery.

     Mr. Lewis is seeking production of the following materials:

1.    The government has failed to produce drug certificates of analysis which purportedly demonstrate that Mr. Lewis was selling illegal substances.

2.    Videos, photographs and copies of the paperwork

      referred to in the sign in log and evidence logs

      associated with the search warrant of 7 Raintree Lane.

3.    The identification procedures used to identify Mr.

      Lewis.

4.    All surveillance reports of Mr. Lewis on February 22,

      2016 at 25 Columbia St.

Mr. Lewis requests a hearing on this motion.


                         Respectfully submitted,

                         Vaughn Lewis

                         By his attorney

                         /s/ *Victoria M. Bonilla*


                         Victoria M Bonilla-Argudo
                         BBO # 558750
                         80 Washington St., Bldg. K
                         Norwell, MA 02061
                         617-350-6868


                    Certificate of Service

       I hereby certify that this document, filed through the ECF system will
be sent electronically to the registered participants as identified on the
Notice of Electronic Filing (NEF) and paper copies will be sent to those
indicated as non-registered participants on March 23, 2017.
                         /s/ *Victoria M. Bonilla*