UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.  16cr10166-PBS |
| | ) | |
| VAUGHN LEWIS | ) | |

### GOVERNMENT'S RESPONSE TO DISCOVERY MOTION

The government hereby responds to Defendant Vaughn Lewis' discovery motion.

First, Defendant incorrectly argues that the "government has failed to produce drug certificates which purportedly demonstrate that Mr. Lewis was selling illegal substances." The government has produced numerous drug certificates that demonstrate that Luis Rivera, Defendant's source of supply, was distributing controlled substances.  In addition, on March 24, 2017, the government produced a drug certificate from the search of Defendant's residence, which establishes that Defendant possessed distributable amounts of controlled substances, along with a handgun.

As to the second claimed dispute, the government provided documents related to the search of Defendant's residence in early discovery.  In late March 2017, the government sent copies of additional discovery, including video discovery, related to the search by mail to the business address identified in Court documents for defense counsel.  On March 24, 2017, defense counsel claimed to not have received the mailed discovery.  The government will provide another set of the above discovery by overnight mail if necessary.


As to the third requested discovery, the specified identification of Defendant occurred pursuant to an investigation conducted by state authorities and not pursuant to the federal investigation. As a result, these materials are not in the possession, custody or control of the government. If the government receives any such materials from state authorities, it will produce the materials.

As to the final discovery request, there are no further reports dealing with surveillance of Mr. Lewis on February 22, 2016.

                                      Respectfully submitted,

                                      WILLIAM D. WEINREB
                                      Acting United States Attorney

Date: April 6, 2017                       By: */s/ Michael J. Crowley*
                                      MICHAEL J. CROWLEY
                                      Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I, Michael J. Crowley, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

                                                 /s/ *Michael J. Crowley*
                                                 MICHAEL J. CROWLEY
                                                 Assistant U.S. Attorney