Law office of

# Bourbeau & Bonilla, LLP

80 Washington St., Building K
Norwell, Massachusetts 02061

Michael C. Bourbeau                                                                 Victo ria M. Bonilla-Argudo
Telephone (617) 350-6565                                                            T elephone (617) 350-6868
   *also admitted in California

April 18, 2017

AUSA Michael Crowley
Office of the U.S.A
Suite 9200
One Courthouse Way
Boston, MA 02210

Re: United States v. Vaughn Lewis
    16CR10166

Dear AUSA Crowley:

This letter is written in response to the Government's Response to Discovery Motion docket at 186.

With regards to Mr. Lewis' request for drug analysis reports, the government provided a report for substances obtained from a search at 7 Raintree Lane conducted on June 9, 2016.[1]  The government has not provided drug certificates of analysis regarding the sales of alleged illicit substances on May 17, 2016 in Brockton, MA where it is claimed that Mr. Lewis was the seller of the items obtained by the Brockton Police (Government Bates stamp 865, 866 and 867).

The government claims that it does not have the identification procedures used to identify the seller referred to as Vaughn Lewis in

---

[1] Item number 1 of the items collected from 7 Raintree Lane purportedly contained cocaine base weighing 1.07 grams.  Item number 2 contained a mixture of inositol, heroin and fentanyl with a purported gross weight of 5.9 grams.  Counsel notes that the Brockton Police Department participated in this search.

**Website**: www.lawgenie.com  **E-mail**: mike@lawgenie.com; vicky@lawgenie.com

page 2
AUSA Michael Crowly
April 18, 2017

an intelligence report, Bates stamp 865, 866 and 867.  That report indicates that on May 17, 2016 Mr. Lewis was identified by unnamed individuals who occupied two separate cars.  However, the report does not elaborate as to the identification procedure used.  It is a report that is being used by the United States Attorney's Office in its prosecution of Mr. Vaughn Lewis.  The government indicates in its response to Mr. Lewis' motion to compel that the specified identification was conducted by state authorities and thus "these "are not in the possession, custody or control or control of the government."  The "state authorities" at issue here is the Brockton Police Department who was working with the federal government during this investigation. See footnote above and Bates 985.

I remind the government of Local Rule 116.1(c)(1)(F) concerning the disclosure of identification procedures. Also, I am sure you are aware of Kyles v. Whitley, 514 U.S. 419, 437 (1995) ("individual prosecutor has a duty to learn of any favorable evidence known to the others acting on the government's behalf in the case, including the police)."  Additionally, Judge Young in United States v. Owens, 933 F. Supp. 76, 86 (D. Mass. 1996) made clear that:

> The government has to [search for] all evidence in whatever form it takes -- this business about statements of the witness [or] ratified by the witness, the Jencks Act, is much too narrow. When I say they have to [search for] documents of [all sorts], I mean they have to [search for] notes, if notes exist, they have to [search for] such internal government documents [as may exist] by whatever government agency. I think the government should be viewed as a unitary whole. [The obligation to search] governs all the offices of the United States Attorney and the Justice

```
page 3
AUSA Michael Crowly
April 18, 2017
```

    Department itself, it governs the Bureau of Prisons, the customs agencies . . . . Arguably it may include the United States Marshal's office, as they are a bridge between the Justice Department and the courts. Obviously [it] includes the DEA, the FBI, agencies funded out of the Justice Department, [and all other governmental agencies including state officers acting as agents of the federal government].

    I thank you in advance for your anticipated cooperation.

                              Sincerely,

                              */s/ Victoria M. Bonilla*

                              Victoria M. Bonilla-Argudo

```
cc AUSA Emily Cannon
```